IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY LEE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil Action 09-00400-CG-B |
| | * |
| **CORRECTION MEDICAL SERVICE,** | * |
| **et al.,** | * |
| | * |
| Defendant. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 19th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE